# MEMORANDUM DECISIONS.

AMMON, Respondent, v. KELLER et al., Appellants. (City Court of New York, General Term. July 15, 1897.) Action by Robert A. Ammon against Sam Keller and John Doe. Kronfeld & Harris, for appellants. W. J. Woods, for respondent.

McCARTHY, J. This is an appeal from an order denying a motion to vacate an order of arrest on the papers. We think that all the jurisdictional elements are here, and sufficient, and that the order should be affirmed, with costs.

AVERELL, Respondent, v. BARBER et al., Appellants. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by William W. Averell against Amsi L. Barber and others. W. W. Niles, for appellants. E. Hassett, for respondent.

PER CURIAM. The order should be modified by inserting in the proper place in the proceedings before the referee of March 16, 1895, the following questions and answers: "Q. Were they laid under either of the original patents? A. No, sir. Q. Were they laid under either of the reissued patents? A. No, sir." And by inserting in the case in the proceedings had on the 5th of December, 1895, the following: "Q. Were they laid under either of the reissued patents? A. No, sir. By Mr. Hassett: Q. Do you wish to make any change in your answer to that question? A. I do. I wish to strike out the answer, 'No, sir,' and to say that they were laid under one of the reissued patents." The order, as thus modified, should be affirmed, without costs to either party.

BADGER, Plaintiff, v. GILROY, Defendant. (City Court of New York, General Term. July 2, 1897.) Action by Walter S. Badger against Thomas F. Gilroy, Jr. James C. Bushby and R. L. Wensley, for defendant.

SCHUCHMAN, J. The order directing plaintiff to furnish a bill of particulars is modified by striking therefrom, near the end thereof, the following: "And the manner in which said alleged payments were made,—whether by check or otherwise;" otherwise affirmed, without costs on this appeal.

BALZ, Appellant, v. UNDERHILL et al., Respondents. (Supreme Court, Appellate Division, First Department. April, 1897.) Action by Mary J. Balz, as executrix, etc., of Philip L. Balz, deceased, against Edward C. Underhill and others, as executors, etc., of Abraham Underhill, deceased. No opinion. Judgment affirmed, with costs. See 44 N. Y. Supp. 419.

BARJADO v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by

E. Barjado against the mayor of the city of New York. No opinion. Motion denied, with $10 costs.

BENSTEIN, Respondent, v. CROW et al., Appellants. (City Court of New York, General Term. July 15, 1897.) Action by Morris Benstein against Moses R. Crow and the New York & Westchester Water Company, impleaded, etc. Franklin Bien, for appellants. Wahle & Stone, for respondent.

McCARTHY, J. The jury found against the defendants upon all the questions of fact, and there was evidence sufficient to base their finding. The trial justice fairly presented the case, and we find no reversible error in the case. Therefore the judgment is affirmed, with costs.

BURKITT v. WEBSTER. (Supreme Court, Appellate Division, Second Department. July 13, 1897.) Action by one Burkitt against one Webster. No opinion. Judgment and order affirmed, with costs.

BURKITT, Respondent, v. WEBSTER et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 15, 1897.) Action by John Burkitt against Charles B. Webster and others. No opinion. Judgment and order affirmed, with costs.

BURLEIGH, Respondent, v. VILLAGE OF PERRY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Fannie Burleigh against the village of Perry. No opinion. Judgment and order affirmed, with costs.

BURTON v. LINN. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Edward V. Burton against Frank E. Linn. No opinion. Motion granted, with $10 costs.

CADIGAN, Plaintiff, v. NEW YORK CENT. & H. R. R. CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Jeremiah M. Cadigan against the New York Central & Hudson River Railroad Company. No opinion. Plaintiff's exceptions overruled, and motion for a new trial denied, with costs. See 43 N. Y. Supp. 1152.

CANNIFF v. NASSAU ELECTRIC R. CO. (Supreme Court, Appellate Division, Second Department. July 13, 1897.) Action by one Canniff against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

CANNIFF, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 15,